IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRENDA LEE BRAUN : CIVIL ACTION

v.

TERRENCE C. GLASS
AUDREY MCTAQUE : NO. 13-3193

O R D E R

AND NOW, this 13th day of June, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis and her complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is dismissed for the reasons discussed in the Court's Memorandum. The dismissal is without prejudice to plaintiff's ability to pursue her claims in state court and/or in her earlier-filed federal action.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

JOEL H. SLOMSKY, J.